UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-0518 FMO (KSx) | Date | February 27, 2023 |
|---|---|---|---|
| Title | Alejandra Chaisson, et al. v. University of Southern California | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Gabriela Garcia | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order Re: Pending Motion

Having reviewed Plaintiffs' Motion to Remand and for Fees and Costs, (Dkt. 18, "Motion"), IT IS ORDERED THAT:

1. The Motion **(Document No. 18)** is **denied without prejudice**.

2. No later than **March 16, 2023**, plaintiffs shall file a renewed motion and notice it for hearing pursuant to the Local Rules. Among other things, the renewed motion shall address the local controversy and home state exceptions to CAFA jurisdiction. See 28 U.S.C. §§ 1332(d)(3)-(4).

3. No later than **March 9, 2023**, counsel for the parties shall meet and confer to discuss the renewed motion, including the exceptions to CAFA jurisdiction. Plaintiffs' renewed motion must include copies of all meet and confer letters as well as a declaration that sets forth, in detail, the entire meet and confer process (i.e., when and where it took place, how long it lasted and the position of each attorney with respect to each disputed issue that will be the subject of the motion).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |